## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:14CR363 |
| vs. | ) | |
| | ) | ORDER |
| REYNALDO URBINA-SORTES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

This matter is before the court on the  Motion to Continue Trial [173]  as counsel for the government has been out of the district and needs additional time to prepare for trial and secure witnesses.  Good cause being shown,

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1.  The jury trial now set for August 11, 2015 is continued to **September 1, 2015.**

2.   The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

A party may object to the magistrate judge's order by filing an "Statement of Objections to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED  this 3rd day of August, 2015.**

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge