# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO.  8:14CR363** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| **REYNALDO URBINA-SOTRES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. The Defendant Reynaldo Urbina-Sortres's Motion to Vacate under 28 U.S.C. 2255 (Filing No. 259) is denied; and

2. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 29th day of November, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge